MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-08-318  LKK
                Plaintiff,                          )
                              ) STIPULATION AND
      v.                                  ) ORDER TO CONTINUE THE STATUS
                              ) CONFERENCE
JOY JOHNSON, et al.,             )
                              ) Date: 12-20-11
              Defendant.             ) Time: 9:15 a.m.
===============================) Judge: Hon. Lawrence K. Karlton

       It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Long, attorney for CLARISA ANG, and Michael Bigelow, attorney for CRIS ANG, that the sentencing hearing date of November 1, 2011, should be continued until December 20, 2010.  The continuance is necessary to adjust the schedule for the pre-sentence report, as follows:

| | |
|---|---|
| Judgment and sentencing date: | **12/20/11** |
| Reply, or non-opposition: | **12/13/11** |
| Motion for Correction of the Presentence Report Shall be filed with the court and served on the Probation Officer and disclosed to counsel no later than: | **12/6/11** |
| The Presentence shall be filed no later than: | **11/29/11** |
| Counsel's written objections to the Presentence Report Shall be filed no later than: | **11/22/11** |

The Draft Presentence report has already been distributed.

-1-

Dated:  October 14, 2011                    Respectfully submitted,

                                            /s/ Michael D. Long_____
                                            MICHAEL D. LONG
                                            Attorney for Clarisa Ang

Dated:  October 14, 2011                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Russell Carlberg____
                                            RUSSELL CARLBERG
                                            Assistant U.S. Attorney

Dated: October 14, 2011                     Respectfully submitted,

                                            /s/ Michael Bigelow_____
                                            MICHAEL BIGELOW
                                            Attorney for Cris Ang

MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) Date: 10-20-11 |
| JOY JOHNSON, et al., | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the sentencing hearing for CLARISA ANG and CRIS ANG, presently set for November 1, 2011, at 9:15 a.m. be continued to December 20, 2011, at 9:15 a.m. The revised schedule for the pre-sentence report shall be as follows:

| | |
|---|---|
| Judgment and sentencing date: | **12/20/11** |
| Reply, or non-opposition: | **12/13/11** |
| Motion for Correction of the Presentence Report Shall be filed with the court and served on the Probation Officer and disclosed to counsel no later than: | **12/6/11** |
| The Presentence shall be filed no later than: | **11/29/11** |
| Counsel's written objections to the Presentence Report Shall be filed no later than: | **11/22/11** |

Dated: October 28, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT