1  **DONALD H. HELLER, SBN 55717**
2  **DONALD H. HELLER,**
   **A Law Corporation**
3  **701 University Avenue, Suite 100**
   **Sacramento, CA  95825**
4  **Telephone: (916) 974-3500**
   **Facsimile: (916) 520-3497**
5

6  **Attorneys for Defendant**
   **Joy Johnson**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-00318-LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **CONTINUE SENTENCING** |
| ) | |
| ) | |
| JOY JOHNSON, et.al., ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY stipulated between Ms. Johnson through her undersigned counsel, Donald H. Heller, together with Assistant United States Attorney, Russell Carlberg, that the sentencing presently set for November 29, 2011, be continued to December 13, 2011, at 9:15 a.m., thus vacating the presently set sentencing. Assistant U.S. Attorney Carlberg is engaged in a jury trial before Judge Edward Garcia and requires additional time to prepare his letter to the court advising the court of the extent of the defendant's substantial cooperation pursuant to the plea agreement and U.S.S.G. § 5K1.1 .The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

      Judgment and Sentencing date:                      12/13/11

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 12/06/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/29/11 |

Respectfully submitted,

Dated: November 15, 2011     */s/ Donald H. Heller*
DONALD H. HELLER
Attorney for Defendant
RAYMOND PADILLA, JR.


BENJAMIN B. WAGNER
United States Attorney

Dated: November 15, 2011     */s/ Russell Carlberg*  *
RUSSELL CARLBERG
Assistant United States Attorney

* Signed with permission

## ORDER

Based on the Stipulation between Donald H. Heller, Esq. counsel for the defendant Joy Johnson and Russell Carlberg, Esq., Assistant United States Attorney requesting that the sentencing hearing for the defendant be continued from November 29, 2011 to December 13, 2011, at 9:15 A.M., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, the sentencing of the defendant Joy Johnson, is hereby continued from November 29, 2011, to December 13, 2011 at 9:15 A.M. It is further ordered that the schedule for disclosure be as follows:

//
//
//
//

| | | |
|---|---|---|
| Judgment and Sentencing date: | | 12/13/11 |
| Reply, or Statement of Non-Opposition: | | 12/06/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 11/29/11 |

Dated: November 17, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT