MICHAEL B. BIGELOW
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Chris ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318  LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE THE STATUS |
| | ) CONFERENCE |
| JOY JOHNSON, et al., | ) |
| | ) Date: 1-18-12 |
| Defendant. | ) Time: 9:15 a.m. |
| ==============================) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Long, attorney for CLARISA ANG, and Michael Bigelow, attorney for CRIS ANG, that the sentencing hearing date of December 20, 2011, should be continued until January 18, 2012.  The continuance is necessitated for the following reasons: the Probation officer has prepared a conscientious  and detailed draft presentence report. Both counsel have reviewed the report in detail with their clients. During our review it became apparent that the probation officer was operating from additional or different information and documents that had been made available to either counsel. The result was a determination of loss amount and number of victims that was different from what we as counsel had anticipated, and, indeed, what had been agreed to, or at least not addressed in the plea agreement. The AUSA, Mr. Carlberg was contacted on November 18, 2011, as soon as undersigned counsel realized the problem. After some inquiry and reflection, Mr. Carlberg affirmed that we had not been provided with a "substantial" (his word) amount of

-1-

discovery. The fact counsel for the Ang's were not in possession of the documents referenced by AUSA Carlberg undoubtedly came about because the Angs were either the first or among the first to resolve their respective cases and as the other cases continued to move forward they were provided with additional documents not provided the Angs. Nonetheless, in order to effectively represent our respective defendants, and make meaningful objections to the Probation Officer's draft PSR it will be necessary to review the same documents made available to the probation officer and from which she based her conclusions and recommendation.

As noted, Mr. Carlberg has been contacted and agrees that continuance is in order. He is in a trial until November 29, 2011 and is working as expeditiously as possible to obtain the documents for us.

Informal objections to the PSR are currently due on November 22, 2011. Because undersigned counsel are unable to respond without reviewing the missing documents, a continuance of the briefing schedule is required as well as a continuance of the sentencing. The following dates are stipulated to by the parties:

| | |
|---|---|
| Judgment and sentencing date: | **1/18/2012** |
| Reply, or non-opposition: | **1/10/12** |
| Motion for Correction of the Presentence Report Shall be filed with the court and served on the Probation Officer and disclosed to counsel no later than: | **1/3/12** |
| The Presentence shall be filed no later than: | **12/27/11** |
| Counsel's written objections to the Presentence Report Shall be filed no later than: | **12/20//11** |

The Draft Presentence report has already been distributed.

| | |
|---|---|
| Dated: November 22, 2011 | Respectfully submitted, |
| | /s/ Michael D. Long |
| | MICHAEL D. LONG |
| | Attorney for Clarisa Ang |
| Dated: November 22, 2011 | BENJAMIN WAGNER |
| | United States Attorney |
| | /s/ Russell Carlberg |
| | RUSSELL CARLBERG |
| | Assistant U.S. Attorney |
| Dated: November 22, 2011 | Respectfully submitted, |
| | /s/ Michael Bigelow |
| | MICHAEL BIGELOW |
| | Attorney for Cris Ang |

MICHAEL B. BIGELOW
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Chris ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-08-318 LKK
          Plaintiff,                          )
                                              ) STIPULATION AND
   v.                                  ) ORDER TO CONTINUE THE STATUS
                                              ) CONFERENCE
JOY JOHNSON, et al.,                )
                                              ) Date: 1-18-12
          Defendant.                          ) Time: 9:15 a.m.
==============================) Judge: Hon. Lawrence K. Karlton

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the sentencing hearing for CLARISA ANG and CRIS ANG, presently set for December 20, 2011, at 9:15 a.m. be continued to January 18, 2012, at 9:15 a.m. The revised schedule for the pre-sentence report shall be as follows:

| | |
|---|---|
| Judgment and sentencing date: | **1/18/2012** |
| Reply, or non-opposition: | **1/10/12** |
| Motion for Correction of the Presentence Report Shall be filed with the court and served on the Probation Officer and disclosed to counsel no later than: | **1/3/12** |
| The Presentence shall be filed no later than: | **12/27/11** |
| Counsel's written objections to the Presentence Report Shall be filed no later than: | **12/20//11** |

The Draft Presentence report has already been distributed.

Dated: November 23, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-4-