1  CARL E. LARSON, Bar #48162
   Attorney at Law
2  9490 Golden Gate Avenue
3  Orangevale, CA 95662
   Telephone: (916) 989-9226
4
   Attorney for Defendant
5  ROMMEL ANTOLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 08-0318-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE JUDGMENT AND** |
| | ) | **SENTENCING HEARING** |
| ROMMEL ANTOLIN, et al., 08 | ) | |
| | ) | DATE: January 18, 2012 |
| | ) | TIME: 9:15 a.m. |
| Defendant. | ) | JUDGE: Lawrence K. Karlton |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, RUSSELL CARLBERG, Assistant United States Attorney, attorney for Plaintiff, and CARL E. LARSON, attorney for defendant, ROMMEL ANTOLIN, that the current judgment and sentencing hearing date of December 20, 2011, be vacated and rescheduled for January 18, 2012, at 9:15 a.m..

The reason for this continuance is that the Federal Defenders Office in engaging in complex research on money losses in mortgage fraud cases. I would be remiss if I did not investigate the loss matter to a greater extent.

/ / /

The following will be the new Schedule for Filing of Objections to the Presentence Report:

|  | OLD DATE | NEW DATE |
|---|---|---|
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than | November 22, 2011 | December 21, 2011 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | November 29, 2011 | December 28, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than | December 6, 2011 | January 4, 2012 |
| Reply, or Statement of Non-Opposition | December 13, 2011 | January 11, 2012 |

United States Probation Officer, Linda Alger also concurs with the above scheduled dates.

Dated: November 28, 2011          Respectfully submitted,

/s/ Carl E. Larson
CARL E. LARSON
Attorney for Defendant
ROMMEL ANTOLIN

BENJAMIN B. WAGNER
Dated: November 28, 2011          United States Attorney

/s/ Carl E. Larson for
RUSSELL CARLBERG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: December 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT