**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA 95825**
**Tel: (916) 974-3500**
**Fax: (916) 520-3497**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**JOY JOHNSON**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITES STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOY JOHNSON, et.al.**<br><br>**Defendant.** | **Case No. 2:08-CR-00318-LKK**<br><br>**STIPULATION AND ORDER CONTINUING SURRENDER DATE** |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell Carlberg, Assistant United States Attorney, and counsel for defendant, Donald H. Heller, Esq., that the defendant's surrender date is hereby continued to February 7, 2012. The basis for this stipulation is that the defendant’s sentence has been continued on several occasions after the Presentence Report was prepared and that date in the report for surrender, to wit, January 10, 2011, does not provide sufficient time for the Bureau of Prison designate a federal prison facility for a voluntary surrender.

**IT IS SO STIPULATED.**

Dated: December 19, 2011

Donald H. Heller
A Law Corporation

*/s/ Donald H. Heller*

DONALD H. HELLER
Attorney for Defendant
Joy Johnson

Dated: December 19, 2011

Benjamin B. Wagner
United States Attorney

*/s/ Russell Carlberg*

By: RUSSELL CARLBERG
Assistant U.S. Attorney

ORDER

Based on the Stipulation between Donald H. Heller, Esq. counsel for the defendant Joy Johnson and Russell Carlberg, Esq., Assistant United States Attorney, requesting that the defendant Joy Johnson's surrender date be continued from January 10, 2012 to February 7, 2012, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT, the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, before 2:00 PM on February 7, 2012.

DATED: December 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT