```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2748
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. S-08-318 LKK
                                 )
12            Plaintiff,         )   STIPULATION AND
                                 )   ORDER CONTINUING RESTITUTION
13       v.                      )   HEARING AND SURRENDER DATE
                                 )
14  ARTHUR EVANGELISTA,          )
                                 )
15            Defendants,        )
    _____)
16
17       IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND THEIR
18  RESPECTIVE COUNSEL AS FOLLOWS:
19       (1) That defendant's Arthur Evangelista's restitution
20  hearing is currently scheduled for Tuesday, December 20, 2011, at
21  9:15 a.m. before the Honorable Lawrence K. Karlton.  The issue of
22  restitution continues to be investigated.  The parties, and
23  Probation, require more time.  Accordingly, the parties stipulate
24  and agree that the restitution hearing currently set for December
25  20, 2011, should be vacated and re-set for January 10, 2012, at
26  9:15 a.m.  The Probation Officer agrees with this request.
27       (2) That defendant Arthur Evangelista is currently scheduled
28  to self-surrender on December 27, 2011 before 2:00 p.m..  The
```

```
 1  defendant and his counsel request he be present for the
 2  restitution hearing.  Accordingly, the parties stipulate and
 3  agree that his self-surrender date be extended to January 27,
 4  2012 before 2:00 p.m. to the institution already designated. The
 5  Probation Officer agrees with this request.
 6                                      Respectfully Submitted,
 7  DATE: Dec. 15, 2011                 BENJAMIN B. WAGNER
                                        United States Attorney
 8
 9                                        /s/ Russell L. Carlberg
                                    By: RUSSELL L. CARLBERG
10                                      Assistant United States Attorney
11
12                                        /s/ Scott Cameron*
                                        Attorney for Defendant
13                                      Arthur Evangelista
14
15
    IT IS SO ORDERED.
16
    Dated: December 19, 2011
17
                                        _____
18                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
19                                      UNITED STATES DISTRICT COURT
20
21
22
23
24
25  * Signed with permission via email.
26
27
28

                                    2
```