BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ELIZABETH CARRION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-08-318 LKK |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM JANUARY 10, 2012 TO FEBRUARY 14, 2012 |
| v. | |
| ELIZABETH CARRION, et. al., | |
| Defendants. | |

The defendant, Elizabeth Carrion, and the United States, by and through their respective attorneys, hereby stipulate that the Court should order that the date for sentencing currently set for January 10, 2012 be continued to February 14, 2012.

According to defense counsel, Ms. Carrion is currently being treated for breast cancer by chemotherapy and radiation and will soon be scheduled for surgery. The government has requested verification of the defendant's status. In any event, the defense requires a continuance in order to go over the PSR with Ms. Carrion and respond to it.

///

///

///

///

///

///

1

1    The Motion to correct the Pre-Sentence Report shall be filed no later than January 31, 2012
2    and the final Pre-Sentence Report shall be filed with Court no later than January 17, 2012.

4    DATED: December 19, 2011                    /S/ Bruce Locke
                                                 BRUCE LOCKE
5                                                Attorney for Elizabeth Carrion

7    DATED: December 19, 2011                    /S/ Bruce Locke
                                                 For RUSSELL CARLBERG
                                                 Assistant United States Attorney

10        IT IS SO ORDERED.

12   DATED: December 22, 2011
                                                 _____
                                                 LAWRENCE K. KARLTON
13                                               SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT