```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2748
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CR NO. S-08-318 LKK
                                 )
11          Plaintiff,           )   STIPULATION AND
                                 )   ORDER TO VACATE RESTITUTION
12      v.                       )   HEARING
                                 )
13  ARTHUR EVANGELISTA,          )
                                 )
14          Defendant.           )
    _____)
15
16                         **STIPULATION**
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Scott Cameron, Esq., counsel for defendant Arthur Evangelista, that the restitution hearing scheduled for January 10, 2012, **may be vacated.** The government and Probation have not been able to determine which entities recognized the losses associated with the mortgage loans in this case due to their re-sale on the secondary market.

DATE: January 6, 2012                BENJAMIN B. WAGNER
                                     United States Attorney

                                 By:  /s/ Russell L. Carlberg
                                     Russell L. Carlberg
                                     Assistant U.S. Attorney

1

```
                                    /s/*
                              SCOTT CAMERON
                              Attorney for Defendant Arthur
                              Evangelista
```

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2012

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

* Signed with permission