MICHAEL B. BIGELOW
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Chris ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-S-08-318  LKK |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| v. | |
| CRIS ANG, | Date: 2/14/2012 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Bigelow, attorney for CRIS ANG, that the sentencing hearing date of should be continued until February 14, 2012 at 9:15 a.m.  As noted in the Probation Officer's Interoffice Memorandum filed December 23, 2011, the parties continue to investigate the issue of loss and will be unable to file informal objections until the issues are resolved. The probation officer has asked to be include in the investigation. Based on the complexity of the case all parties have agreed to a continuation of judgment and sentencing.

-1-

The following schedule has been agreed upon. Informal Objections - January 17, 2012; Final PSR – January 24, 2012; Formal Objections to the PSR – February 7, 2012; Sentencing – February 14, 2012.

Dated: January 4, 2011                BENJAMIN WAGNER
                                      United States Attorney

                                      /s/ Russell Carlberg
                                      RUSSELL CARLBERG
                                      Assistant U.S. Attorney

Dated: January 4, 2011                Respectfully submitted,

                                      /s/ Michael Bigelow
                                      MICHAEL BIGELOW
                                      Attorney for Cris Ang

**PROPOSED ORDER**

**IT IS SO ORDERD**

Dated: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT