**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Chris ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-S-08-318  LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| CHRIS ANG, | Date: 2/22/2012 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

    It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Bigelow, attorney for CRIS ANG, that the sentencing hearing date should be continued until February 22, 2012.  This short continuance is necessary because counsel for defendant Ang has been scheduled for oral argument before the Ninth Circuit Court of Appeals on that same day in the matter of the United States v Rowe, USCA 10-10139. The calendaring duplication was due to undersigned's oversight and I

-1-

regret the inconvenience that has resulted.

Dated:   February 2, 2012				BENJAMIN WAGNER

						United States Attorney

						/s/ Russell Carlberg____
						RUSSELL CARLBERG
						Assistant U.S. Attorney


Dated: February 2, 2012				Respectfully submitted,

						/s/ Michael Bigelow_____
						MICHAEL BIGELOW
						Attorney for Cris Ang

**ORDER**

**IT IS SO ORDERED**


Dated: February 6, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT