```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CR NO. S-08-318 LKK
                                 )
11          Plaintiff,            )  STIPULATION AND ORDER
                                 )   TO VACATE RESTITUTION
12       v.                       )  HEARING AND ENTER ORDER OF
                                 )   RESTITUTION
13  JOY JOHNSON,                 )
                                 )
14          Defendant.            )
    _____ )
15
16                          **STIPULATION**
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Donald H. Heller, Esq., counsel for defendant Joy Johnson, that the restitution hearing scheduled for February 14, 2012, **may be vacated**, and that an order of restitution **be entered** in accord with the memorandum prepared by Probation, to wit:

    1.    Restitution in the amount of $249,122 jointly and severally with co-defendant Rommel Antolin payable to U.S. Bank, as follows:

        U.S. Bank NA
        7485 New Horizon Way
        Frederick, MD 21703-8388
        Re: Assessor's parcel number 0075-182-120

    2. Restitution in the amount of $77,500, jointly and severally with co-defendant Rommel Antolin, payable to Avelo Mortgage, as follows:

        Avelo Mortgage, LLC
        250 John W. Carpenter Freeway
        Irving, TX 75039
        Re: Assessor's parcel number 0054-161-100

THEREFORE, the parties stipulate and agree that Joy Johnson shall pay restitution jointly and severally with Rommell Antolin, in the amount of $326,622, payment to begin immediately. Restitution is to be sent to the Clerk of the Court, who shall forward it to the victim(s) as described in the Victim Impact Section. If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. The interest is waived.

DATE: February 13, 2012        BENJAMIN B. WAGNER
                                            United States Attorney

                                      By: /s/ Russell L. Carlberg
                                          Russell L. Carlberg
                                          Assistant U.S. Attorney

                                            /s/*
                                          DONALD H. HELLER
                                          Attorney for Defendant
                                          JOY JOHNSON

**ORDER**

IT IS SO ORDERED.

Dated: February 13, 2012
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

* Signed with permission