```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-318 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO VACATE RESTITUTION |
| v. | ) | HEARING |
| | ) | |
| ANGELITO EVANGELISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Dwight Samuel, Esq., counsel for defendant Angelito Evangelista, that the restitution hearing scheduled for February 14, 2012, **may be vacated.** The government and Probation have not been able to determine which entities recognized the losses associated with the mortgage loans in this case due to their re-sale on the secondary market.

```
DATE: February 13, 2012            BENJAMIN B. WAGNER
                                   United States Attorney

                               By:  /s/ Russell L. Carlberg
                                   Russell L. Carlberg
                                   Assistant U.S. Attorney
```

1

```
                              /s/*
                         DWIGHT SAMUEL
                         Attorney for Defendant
                         Angelito Evangelista
```

**ORDER**

IT IS SO ORDERED.

Dated: February 13, 2012

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

* Signed with permission