```
MICHAEL B. BIGELOW
Attorney at Law   SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Chris ANG
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CRIS ANG,<br><br>               Defendant. | No. CR. S-08-318 LKK<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING<br><br><br>Date: 3/20/2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg and Michael Bigelow, attorney for CRIS ANG, that the sentencing hearing date should be continued until March 20, 2012.  This continuance is necessary because defendant Ang has suffered a very recent and significant medical setback. It has been suggested by the AUSA Russell Carlberg, after an exchange of emails, that a continuance would be appropriate in order to determine the extent of Mr. Ang's medical issues and to give the undersigned and opportunity to learn more about them from Mr. Ang's primary physician.

-1-

The email received from Clarisa Ang earlier this morning has been reproduced here.

> On Feb 21, 2012, at 9:50 AM, Clarisa Ang wrote:
>
> > Hello Mike
> >
> > Cris has been discharged from hospital.  The neurologist said he had a seizure attack and the MRI and EEG shows some abnormality in his brain.  He's driving privlege has been suspended for the next six months.  He is scheduled for a  full neurological exam to determine the cause of the seizure and prescribed Keppra medication to control the seizures.  He has been advised not to be alone and be in constant supervision.
> > The medication is causing him to be a disorented and he says it makes him feel "lost" and very moody.  I am not to sure if the Keppra is reacting with his other medications but the nurse at UC Davis said it should not have any bad reaction with his other medications.  He is now taking over a dozen different types of medications and I am afraid that his upcoming appointment for his spinal degeneration treatment will add on more medications.
> >
> > Cris has been on temporary disability since September 2011 and will probably become permanent.  He has received an email from his primary doctor (Dr. Paul Seites, UC Davis) that his letter regarding his current condition is ready for pick up, but Dr. Seites has witheld information regarding diagnosis and treatment because of privacy act.  Dr. Seites can add in the information once Cris signs a release form.
> > Do you want Cris to sign the release form to have Dr. Seites include diagnosis and treatment?
> >
> > Regards
> > Clarisa Ang

For these reasons it is respectfully submitted that this stipulation between the parties be granted by the Court

Dated: February 21, 2012          Respectfully submitted,

                                  /s/ Michael Bigelow_____
                                  MICHAEL BIGELOW
                                  Attorney for Cris Ang

Dated:  February 21, 2012         BENJAMIN WAGNER
                                  United States Attorney

                                  /s/ Russell Carlberg____
                                  RUSSELL CARLBERG
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERD**

Dated:    February 21, 2012
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT