**MICHAEL B. BIGELOW**
Attorney at Law   SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Chris ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR. S-08-318 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING AND SELF SURRENDER DATE |
| v. | |
| CRIS ANG, CLARISA ANG | Date: 11/12/2012 |
| | Time: 9:15 a.m. |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

    Assistant United States Attorney Russell Carlberg and Michael Bigelow, attorney for Cris Ang, and Michael Long, attorney for Clarisa Ang stipulate that Cris Ang's sentencing, now scheduled for March 20, 2012 be continued to October 30, 2012, and that Clarissa Ang's self surrender date, now scheduled for May 14, 2012, be extended to November 12, 2012.

    The stipulation between the parties as set forth above is necessitated by Cris Ang's continued ill health.

    As previously noted, Cris Ang was recently hospitalized with a seizure. The MRI and EEG showed some abnormality in his brain. Although he is now walking, he is able to do so only with the

-1-

assistance of a cane or a walker. However, Mr. Ang now presents with multiple additional serious medical conditions which, according to his doctor at UC Davis Medical Group, Elk Grove, require ongoing follow up and treatment, including chronic medications which cause drowsiness and impair thinking and concentration. His conditions have prevented him from working and he is unable to drive.

Nor does the prognosis for the near future bode well. According to the doctor, these conditions are long term and are not expected to improve or resolve before the end of summer. In addition, to the above, Cris Ang will start attending the Spinal Clinic for his DISH medical condition at the end of this month. According to his doctor,(as related by Clarisa Ang), Cris Ang's spine is beginning to degenerate, crushing and pinching his spinal cord. Surgery is being considered.

Exacerbating the situation is the fact Cris Ang's medical bills are paid for entirely by Clarisa Ang's employer paid health insurance coverage. That coverage will cease when she quits her job to turn herself in to the Bureau of Prisons, leaving Cris Ang without medical coverage, and without the medical care he needs.

/ / /

/ / /

Accordingly, for the reasons stated above, it is respectfully requested that this stipulation between the parties that Cris Ang's sentencing be continued to October 30, 2012, and that Clarissa Ang's self surrender date, now scheduled for May 14, 2012, be extended to November 12, 2012, be granted.

Dated: March 14, 2012          Respectfully submitted,

                               /s/ Michael Bigelow_____
                               MICHAEL BIGELOW
                               Attorney for Cris Ang

Dated: March 14, 2012          Respectfully submitted,

                               /s/ Michael Long_____
                               MICHAEL LONG
                               Attorney for Clarisa Ang

Dated: March 14, 2012          BENJAMIN WAGNER
                               United States Attorney

                               /s/ Russell Carlberg____
                               RUSSELL CARLBERG
                               Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN** and pursuant to stipulation between the parties, it is hereby ordered that sentencing for Cris Ang be continued to October 30, 2012, and that Clarisa Ang's self surrender to the Bureau of prisons be continued to November 12, 2012, at 12:00 noon.

**IT IS SO ORDERD**

Dated:    March 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT