DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelatty@Yahoo.com
(916) 447-1193

Attorney for Defendant
Angelito Evangelista

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-08-318 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RE MODIFICATION OF TURN IN DATE |
| ANGELITO EVANGELISTA, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between, Angelito Evangelista, by and through counsel, Dwight M. Samuel, Attorney at Law, and United States of America, by and through Russell Carlberg, Assistant United States Attorney, that the turn in date currently ordered by the court of June 8, 2012 be vacated and that defendant will be ordered to turn himself in on July 17, 2012.

The foundation for the requested modification of the courts order is based upon defendant's need to complete a deposition for his Workmen Compensation claim which is presently set for July 9, 2012. . The deposition is currently scheduled during the time that Evangelista is to be serving his jail sentence. This court has extended Mr. Evangelista's turn in date on one prior occasion to permit Mr. Evangelista to attend a workmen compensation medical evaluation. Its believed that to not be able attend this deposition would place Mr. Evangelista's

claim in jeopardy. The inability of Mr. Evangelista to perfect his claim would be detrimental to him and his family, whom Mr. Evangelista solely supports. It is understood by all parties that there will be no further requests for extensions of a turn in date.

Based upon defendant's representation the government does not oppose the modification of defendant's turn in date as above enumerated.

Accordingly, for the reasons stated above, it is respectfully requested that this stipulation between the parties that Mr. Evangelista's self surrender date be extended to July 17, 2012, be granted.

Respectfully submitted,

Dated: May 7, 2012

/s/ Dwight M. Samuel  
DWIGHT M. SAMUEL  
Attorney for Defendant

Dated: May 7, 2012

/s/ Russell Carlberg  
RUSSELL CARLBERG  
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 17, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT