MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for CLARISA ANG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-08-318  LKK
               Plaintiff,   )
                          ) STIPULATION AND
   v.                     ) ORDER TO CONTINUE SURRENDER
                          ) DATE FOR CLARISA ANG
CLARISA ANG,   )
                          )
               Defendant.   )
===============================) Judge: Hon. Lawrence K. Karlton

It is hereby stipulated between the parties, Assistant United States Attorney Russell Carlberg, Michael Long, attorney for CLARISA ANG, that Clarisa Ang's presently set surrender date of November 12, 2012, should be continued until May 24, 2013.

The requested modification of her turn-in date is due to the deteriorating health of her husband and co-defendant Cris Ang.  The court addressed Mr. Ang's request for a modification of his own sentence due to the same health concerns (See ECF documents 387, 388, 389 and 391). Mrs. Ang is employed and her employment provides medical coverage for both her and Mr. Ang. Due to his failing health, Mr. Ang is no longer able to be employed or financially support himself. When Ms. Ang surrenders herself she will lose her job and her health coverage will then terminate. If Mrs. Ang is no longer employed, Mr. Ang will no longer have any medical coverage and he will not be able to pay for any private health care.

-1-

Mr. Ang is no longer able to drive a car – the license was suspended due to his health condition. Ms. Ang drives him to his medical appointments. Ms. Ang also takes care of Mr. Ang on a day-to-day basis, including monitoring and administering his medications.

We respectfully request that the court order that the presently set surrender date of November 12, 2012, be continued until May 24, 2013, at 12:00 p.m.

Dated: September 19, 2012                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Clarisa Ang

Dated: September 19, 2012                    BENJAMIN WAGNER
United States Attorney

/s/ Russell Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney

MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318 LKK |
| Plaintiff, | ) |
| | ) (Proposed) ORDER |
| v. | ) |
| | ) |
| CLARISA ANG, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the Bureau of Prisons surrender date for CLARISA ANG, presently set for November 12, 2012, be continued to May 24, 2013, at 12:00 p.m.

Dated: September 24, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-