1  MICHAEL D. LONG  (CA State Bar #149475)
2  901 H Street, Suite 301
   Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com
4
5  Attorney for CLARISA ANG

6          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,        ) No. CR-S-08-318  LKK
                      Plaintiff,        )
9                                       ) STIPULATION AND
         v.                             ) ORDER TO CONTINUE SURRENDER
10                                      ) DATE FOR CLARISA ANG
   CLARISA ANG,                         )
11                                      )
                      Defendant.        )
12 ==============================) Judge: Hon. Lawrence K. Karlton
13
        It is hereby stipulated between the parties, Assistant United States Attorney Robert Tice-
14
   Raskin, and Michael Long, attorney for CLARISA ANG, that CLARISA ANG's presently set
15
16 surrender date of May 24, 2013, should be continued until December 1, 2013.

17      (1)  The requested modification of her turn-in date is due to the deteriorating health of her
18
   husband and co-defendant Cris Ang.  The court addressed Mr. Ang's request for a modification of
19
20 his own sentence due to the same health concerns (See ECF documents 387, 388, 389 and 391).

21 Mrs. Ang is employed and her employment provides medical coverage for both her and Mr. Ang.
22
   Due to his failing health, Mr. Ang is no longer able to be employed or financially support himself.
23
   Mr. Ang is presently scheduled to undergo several surgeries.  When Ms. Ang surrenders herself she
24
25 will lose her job and her health coverage will then terminate.  If Mrs. Ang is no longer employed,
26
   Mr. Ang will no longer have any medical coverage and he will not be able to pay for any private
27
   health care.
28

                                    -1-

1    (2)  Mr. Ang is no longer able to drive a car – the license was suspended due to his health

2    condition.  Ms. Ang drives him to his medical appointments.  Ms. Ang also takes care of Mr. Ang

3    on a day-to-day basis, including monitoring and administering his medications.

4
     We respectfully request that the court order that the presently set surrender date of May 24,

5    2013, be continued until December 1, 2013, at 12:00 p.m.

6

7    Dated:  April 23, 2013                          Respectfully submitted,

8                                                    /s/ Michael D. Long_____
                                                     MICHAEL D. LONG
9                                                    Attorney for Clarisa Ang

10
     Dated:  April 23, 2013                          BENJAMIN WAGNER
11                                                   United States Attorney

12                                                   /s/ Robert Tice-Raskin____
                                                     ROBERT TICE-RASKIN
13                                                   Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-318  LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| CLARISA ANG, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| ===============================) | |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the Bureau of Prisons surrender date for CLARISA ANG, presently set for May 24, 2013, at FCI-Dublin be continued to December 1, 2013, at 12:00 p.m. at FCI-Dublin.

Dated:  May 6, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-